|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| JEMAINE D. PETTUS,<br><br>                Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>                Respondent. | CASE NO. 3:17-cv-05750-RBL-JRC<br><br>ORDER TO SHOW CAUSE |

This case has been referred to the United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.

Petitioner Jemaine D. Pettus filed a proposed 2254 habeas petition and an application to proceed *in forma pauperis*. Dkt. 1, 1-1, 1-2. Petitioner's application indicates that, as of August 16, 2017, petitioner has a total of $565.93 in his prison trust account. Dkt. 1 at 3. His trust account statement indicates that he has $44.54 as his spendable balance with an additional $43.74 in his postage account, $431.65 in savings, and a $45.00 hold. *Id*. Because it appears that

1 petitioner may have sufficient funds to pay the $5.00 filing fee for his habeas petition, he should
2 either do so or provide the court with an explanation of why he cannot.
3       Accordingly, petitioner is ordered to show cause why his application to proceed *in forma*
4 *pauperis* should not be denied **on or before October 27, 2017**. In the alternative, petitioner may
5 pay the $5.00 filing fee before that date. Failure to show cause or pay the filing bee shall be
6 deemed a failure to properly prosecute this matter and the Court will recommend dismissal.
7       Dated this 4th day of October, 2017.

J. Richard Creatura
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2