# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JEMAINE D. PETTUS,

    Petitioner,

v.

DONALD HOLBROOK,

    Respondent.

CASE NO. 3:17-CV-05750-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    The petition is referred to the Ninth Circuit and the file shall be administratively closed without deciding whether the petition should be dismissed.

**DATED** this 12th day of March, 2018.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1